# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-25-060-R** |
| | ) | |
| **LADON TREVAUGHN TURNER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## FINAL ORDER OF FORFEITURE

Before the Court is the Government's Motion for a Final Order of Forfeiture.   Doc. 54.   The Court makes the following determinations:

Pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and FRCrP 32.2(b)(2), this Court entered a Preliminary Order of Forfeiture providing for the forfeiture of Defendant Ladon Trevaughn Turner's right, title and interest in the below-described property based on his plea of guilty and the Court's finding of a requisite nexus between the property and the offenses committed by Defendant.   Doc. 41.

The Preliminary Order identified the following property as subject to forfeiture:

a.   a Glock, model 19, 9mm caliber pistol, bearing serial number ACDN777;

b.   a Glock-style machinegun conversion device; and

c.   any and all ammunition and magazines not specifically listed.

*Id.*

The Court's Order further directed the United States to provide notice to any persons known to assert an interest, as well as publishing notice stating the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within 30 days for a hearing to adjudicate the validity of their alleged legal interest in the property.

Notice of this forfeiture and the requirements for filing a claim for the property was published on the government's website at www.forfeiture.gov for 30 consecutive days beginning on March 6, 2026, and ending on April 4, 2026, for at least 18 hours per day. *See* Doc. 54-1.

A copy of the Preliminary Order of Forfeiture was also provided to the following parties:

1.   Andrew M. Casey, Attorney for Defendant Ladon Trevaughn Turner, by Notice of Electronic Filing on August 4, 2025 (Doc. 41);

2.   Defendant Ladon Trevaughn Turner, served through his attorney of record by Notice of Electronic Filing on August 4, 2025 (Doc. 41);

3.   Defendant Ladon Trevaughn Turner, by certified mail, receipt number 9589 0710 5270 2062 9522 87 (*see* Doc. 54-2, *Certified Mail Domestic Return Receipt and Certified Mail Receipt*); and

4.   Stacy Jones, potential claimant, by certified mail, receipt number 9589 0710 5270 2712 7016 61, was returned by U.S. Postal Service, marked "Return to Sender – Attempted", (*see* Doc. 54-3, *Return Envelope and Certified Mail Receipt*).

It appears from the record that no third party made any claim to or declared any interest in the above-described forfeited property as required by the ancillary provision of

21 U.S.C. § 853(n).    Therefore, any third-party interests are barred by failure of those parties to file a petition.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the right, title and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America, free and clear of the claims of any person, including Defendant Ladon Trevaughn Turner, and shall be disposed of according to law.

Further, the Bureau of Alcohol, Tobacco, Firearms and Explosives, is directed to dispose of the property according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purposes of enforcing this Order.

IT IS SO ORDERED this 8th day of May, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

3